## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT BENDER | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| LEE PAVORSKY D/B/A LL PAVORSKY | : JURY TRIAL DEMANDED |
| JEWELERS and PAVORSKY, LTD. | : |
| | : |
| Defendants. | : |

### NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Defendants Lee Pavorsky D/B/A LL Pavorsky Jewelers and Pavorsky, Ltd ("Pavorsky") respectfully request that this matter be transferred from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania and represents that:

1. This matter is a civil action, which was filed in the Court of Common Pleas of Philadelphia County, docketed at Civil Action No. 1412043109.

2. The action was instituted on or about December 22, 2014, when Plaintiff filed a Complaint with the Office of the Prothonotary of the Court of Common Pleas of Philadelphia County. The Complaint is attached hereto as Exhibit A.

3. Counsel for Defendant accepted service of the Complaint, attached hereto as Exhibit A, on January 16, 2015.

4. Plaintiff's Complaint contains allegations that Defendants infringed upon certain of Plaintiff's alleged copyrights.

5.     Plaintiff's Complaint specifically identifies a work, "The Ring", as a work for which Plaintiff has a registered copyright and which the Defendants have allegedly used without permission.

6.     Copyright actions are within the original and exclusive jurisdiction of the federal courts by virtue of 28 U.S.C.A. Section 1338(a), and are therefore removable under 28 U.S.C.A. Section 1441(a).

7.     The causes of action in Plaintiff's complaint consist of claims for ownership of a copyrighted work and conduct that allegedly violates the exclusive rights granted in the Copyright Act with respect to subject matter protected by the Act. The state law rights asserted by Plaintiff are equivalent to rights within the general scope of copyright.

8.     Plaintiff's state law claims are preempted by federal law.

9.     This Notice is timely, it being filed within thirty (30) days of the receipt of a copy of the Complaint in this matter.

WHEREFORE, Defendants, Lee Pavorsky D/B/A LL Pavorsky Jewelers and Pavorsky, Ltd, respectfully request that this action be removed from the state court into this Court for trial and determination and that this Court make an Order of Removal for the said action.

Respectfully submitted,

WHITE AND WILLIAMS LLP


BY:  /s/ Robert E. Campbell
     Michael O. Kassak, Esquire
     Robert E. Campbell, Esquire
     LibertyView | 457 Haddonfield Road,
     Suite 400 |
     Cherry Hill, NJ 08002-2220
     Phone: 856.317.3600
     kassakm@whiteandwilliams.com
     campbellr@whiteandwilliams.com
     Attorneys for Defendants
     Lee Pavorsky d/b/a LL Pavorsky
     Jewelers and Pavorsky, Ltd.

Dated: January 23, 2015

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT BENDER | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : |
| LEE PAVORSKY D/B/A LL PAVORSKY JEWELERS and PAVORSKY, LTD. | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE TO PLAINTIFF

TO:  Dennis P. McCooe, Esquire
Matthew A. Homyk, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19O103-6998

*PLEASE* take notice that Defendants Lee Pavorsky d/b/a LL Pavorsky Jewelers and Pavorsky, Ltd. have filed a Notice in the United States District Court for the Eastern District of Pennsylvania for removal of an action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania captioned Brett Bender v. Lee Pavorsky d/b/a LL Pavorsky Jewelers and Pavorsky, Ltd., docket number 1412043461.

*FURTHER*, take notice that Lee Pavorsky d/b/a LL Pavorsky Jewelers and Pavorsky, Ltd. have at the same time filed a copy of the Complaint which was filed and entered in the Court of Common Pleas of Philadelphia County.  A copy of said Notice of Removal is attached to this Notice and is hereby served upon you.

14854945v.1

Respectfully submitted,

WHITE AND WILLIAMS LLP


BY:   /s/ Robert E. Campbell
      Michael O. Kassak, Esquire
      Robert E. Campbell, Esquire
      LibertyView | 457 Haddonfield Road,
      Suite 400 |
      Cherry Hill, NJ 08002-2220
      Phone: 856.317.3600
      kassakm@whiteandwilliams.com
      campbellr@whitcandwilliams.com
      Attorneys for Defendants
Dated:  January 23, 2015       Lee Pavorsky d/b/a LL Pavorsky
                               Jewelers and Pavorsky, Ltd.

14854945v.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT BENDER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEE PAVORSKY D/B/A LL PAVORSKY | : | JURY TRIAL DEMANDED |
| JEWELERS and PAVORSKY, LTD. | : | |
| Defendants. | : | |

### PROOF OF FILING

**TO THE CLERK OF THE COURT:**

Robert E. Campbell, Esquire, hereby certifies that a copy of the foregoing Notice of

Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia

County immediately upon receipt of the *certified* copy from the United States District Court for

the Eastern District of Pennsylvania.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY:  /s/ Robert E. Campbell_____
Michael O. Kassak, Esquire
Robert E. Campbell, Esquire
LibertyView | 457 Haddonfield Road,
Suite 400 |
Cherry Hill, NJ 08002-2220
Phone: 856.317.3600
kassakm@whiteandwilliams.com
campbellr@whiteandwilliams.com
Attorneys for Defendants
Lee Pavorsky d/b/a LL Pavorsky
Jewelers and Pavorsky, Ltd.

Dated:  January 23, 2015

14854945v.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT BENDER | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : |
| LEE PAVORSKY D/B/A LL PAVORSKY JEWELERS and PAVORSKY, LTD. | : JURY TRIAL DEMANDED |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Robert E. Campbell, Esquire, hereby certify that on January 23, 2015, I caused a true and correct copy of the foregoing Notice of Removal; Civil Cover Sheet; U.S. District Court Designation Form; Disclosure Statement; Case Management Track Designation Form; Notice to Plaintiff; and Proof of Filing to be served upon the following persons via first-class mail and electronic mail:

> Dennis P. McCooe, Esquire
> Matthew A. Homyk, Esquire
> Blank Rome LLP
> One Logan Square
> Philadelphia, PA 19O103-6998

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: /s/ Robert E. Campbell
Michael O. Kassak, Esquire
Robert E. Campbell, Esquire
LibertyView | 457 Haddonfield Road,
Suite 400 |
Cherry Hill, NJ 08002-2220

Dated:  January 23, 2015

Phone: 856.317.3600
kassakm@whitcandwilliams.com
campbellr@whiteandwilliams.com
Attorneys for Defendants
Lee Pavorsky d/b/a LL Pavorsky
Jewelers and Pavorsky, Ltd.

-2-

14854945v.1

**BLANK ROME LLP**
Dennis P. McCooe, Esquire
Matthew A. Homyk, Esquire
Attorney I.D. Nos. 74739, 312265
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500

*Attorneys for Plaintiff*

---

| | |
|---|---|
| BRETT BENDER<br>2240 Pemberton Street<br>Philadelphia, PA 19146, | :    PHILADELPHIA<br>:    COURT OF COMMON<br>:    PLEAS<br>: |
| Plaintiff, | :<br>:    CIVIL ACTION<br>: |
| v. | : |
| LEE PAVORSKY D/B/A<br>    LL PAVORSKY JEWELERS<br>707 Walnut Street<br>Philadelphia, PA 19106, and | :    JURY TRIAL<br>:    DEMANDED<br>:<br>:    No. _____ |
| PAVORSKY, LTD.<br>707 Walnut Street<br>Philadelphia, PA 19106, | :<br>:<br>: |
| Defendants, | : |

---

## NOTICE TO DEFEND

| **NOTICE** | **AVISO** |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defienda, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede |



claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

decidir a favor del demandante y requiere que usted cumpla con todas law provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**PHILADELPHIA BAR ASSOCIATION**
Lawyer Referral and Information Service
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6300**

**ASOCIACIÓN DE LICENCIADOS DE FILDELFIA**
Servicio De Referencia E Información Legal
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6300**

2

143152.00101/12452440v.3

**BLANK ROME LLP**                                    *Attorneys for Plaintiff*
Dennis P. McCooe, Esquire
Matthew A. Homyk, Esquire
Attorney I.D. Nos. 74739, 312265
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500

---

| | | |
|---|---|---|
| BRETT BENDER | : | PHILADELPHIA |
| 2240 Pemberton Street | : | COURT OF COMMON |
| Philadelphia, PA 19146, | : | PLEAS |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| LEE PAVORSKY D/B/A | : | JURY TRIAL |
|    LL PAVORSKY JEWELERS | : | DEMANDED |
| 707 Walnut Street | : | |
| Philadelphia, PA 19106, and | : | No. _____ |
| | : | |
| PAVORSKY, LTD. | : | |
| 707 Walnut Street | : | |
| Philadelphia, PA 19106, | : | |
| | : | |
| Defendants, | : | |

---

## COMPLAINT

Plaintiff, Brett Bender ("Plaintiff"), by and through his undersigned counsel, Blank

Rome LLP, hereby files this Complaint against defendants Lee Pavorsky d/b/a LL Pavorsky

Jewelers and Pavorsky, Ltd. (each a "Defendant" and, together, "Defendants"), and avers

the following:

## THE PARTIES

1.     Plaintiff Brett Bender is an adult individual residing at 2240 Pemberton Street,

Philadelphia, PA 19146.

2.      Upon information and belief, Defendant Lee Pavorsky is an adult individual residing at 11 Olympic Drive, Voorhees, NJ 08043.  Upon information and belief, Defendant Lee Pavorsky operates a jewelry and accessories retail business under the fictitious name, LL Pavorsky Jewelers, at 707 Walnut Street, Philadelphia, PA, 19106.

3.      Upon information and belief, Defendant Pavorsky, Ltd. is a closely held corporation organized and existing pursuant to the laws and statutes of the Commonwealth of Pennsylvania with an address at 707 Walnut Street, Philadelphia, PA 19106.

## JURISDICTION

4.      This is an action for breach of contract, unjust enrichment, common law unfair competition, and conversion.

5.      This Court has original jurisdiction over this action because Defendant Lee Pavorsky, *inter alia*, transacts business in the City of Philadelphia, Commonwealth of Pennsylvania.

6.      Venue is proper in this Court because a substantial part of the events giving rise to the claims occurred in the forum.

## FACTUAL BACKGROUND

7.      Plaintiff is an artist living and working in Philadelphia. He studied professionally at Tyler Philadelphia and Tyler Rome, as well as with the Pennsylvania Academy of Fine Arts. Exhibited widely, Plaintiff's works are privately and publicly collected and commissioned.

8.      His contributions to The AIDS Library of Philadelphia, The Zoo Renewal Fund, Komen Philadelphia, Big Brother's Big Sister's of Philadelphia, and The Philadelphia League of Women Voters are but a few of the many recipients of Bender's civic efforts.

9.      There is an established market value for Plaintiff's works.

143152.00101/12452440v.3

10.     In addition to the retail store located at 707 Walnut Street in Philadelphia, Defendants also operate a web site that offers and sells jewelry and related accessories at the Internet address, www.llpavorsky.com.

11.     In 1995, Plaintiff and Mr. Pavorsky conferred about Defendants' need for a logo for his business.  In or around September, 1995, Plaintiff created a new typography and font, as well as several logos and designs for Mr. Pavorsky's consideration.

12.     Among the works presented by Plaintiff were: "The Ring," registered with the U.S. Copyright Office as Copyright Reg. No. VAu-1-160-053. (See Certificate of Registration at Exhibit A and related deposit materials at Exhibit B.) (the "Bender Works").

13.     No written agreement was exchanged and no express contractual understanding was ever reached by the Parties.

14.     Defendants thereafter began to use the Bender Works in advertising, marketing, and packaging materials for his jewelry and gift business.

15.     From time to time, Defendants thereafter would make requests to Plaintiff for additional artwork to be used in advertising, marketing and packaging materials for his jewelry and gift business.

16.     More recently, Defendants created new advertising campaigns that made unauthorized use of the Bender Works.  Among other things, Defendants' new advertising campaigns unlawfully combined the Bender Works with other, unrelated artwork, removed Plaintiff's name and copyright symbol form the works, and created derivative works of the Bender Works.

17.     On December 11, 2013, Plaintiff contacted Defendants and demanded that Defendants cease all use of the Bender Works.  Defendants refused.

5

18.     In May, 2014, Plaintiff's counsel contacted Defendants and repeated the earlier demands.

19.     In June, 2014, Defendants acknowledged receipt of Plaintiff's counsel's letter but did not respond with anything substantive.

20.     To date, the dispute remains unresolved and Defendants have continued to make unauthorized use of the Bender Works. See website materials annexed hereto as Exhibit C.

## COUNT I

21.     Plaintiff realleges and incorporates by reference the averments of Paragraphs 1 through 20 as if fully set forth herein.

22.     This count is for breach of contract.

23.     Defendant's advertising campaigns have made unauthorized use of the Bender Works and and/or derivatives works thereof. Despite Plaintiff's reasonable request, Defendants have refused to cease use of the Bender Works.

24.     As a result of Defendants' unlawful and willful acts, Plaintiff has suffered, and continues to suffer, substantial damages and irreparable injury, in an amount not yet calculated.

25.     Plaintiff has no adequate remedy at law and, therefore, is entitled to preliminary and permanent injunctive relief.

6

## COUNT II

26.     Plaintiff realleges and incorporates by reference the averments of Paragraphs 1 through 25 as if fully set forth herein.

27.     This count is for unjust enrichment.

28.     Through Defendants' unauthorized use of the Bender Works and/or derivatives works thereof, Defendant received a significant benefit at the expense of Plaintiff.

29.     Because Defendants did not bargain for or otherwise compensate Plaintiff for their unlawful use of the Bender Works, Defendants have been unjustly enriched.  It would be unjust for Defendants to retain the benefit of the Bender Works without paying to Plaintiff the value of the benefit conferred.

30.     As a result of Defendants' unlawful and willful acts, Plaintiff has suffered, and continues to suffer, substantial damages and irreparable injury, in an amount not yet calculated.

31.     Plaintiff has no adequate remedy at law and, therefore, is entitled to preliminary and permanent injunctive relief.

## COUNT III

32.     Plaintiff realleges and incorporates by reference the averments of Paragraphs 1 through 31 as if fully set forth herein.

33.     This count is for common law conversion.

34.     At all times relevant hereto, Plaintiff was the rightful owner of property consisting of the Bender Works.

35.     Without Plaintiff's authorization or consent, and without other lawful justification, Defendants unlawfully and willfully reproduced, distributed, publicly displayed, and/or prepared derivative works based upon the Bender Works.

7

36.     Defendants thereby interfered with Plaintiff's exclusive right to own, possess or use the Bender Works.

37.     As a result of Defendants' unlawful and willful acts, Plaintiff has suffered, and continues to suffer, substantial damages and irreparable injury, in an amount not yet calculated.

38.     Plaintiff has no adequate remedy at law and, therefore, is entitled to preliminary and permanent injunctive relief.

### COUNT IV

39.     Plaintiff realleges and incorporates by reference the averments of Paragraphs 1 through 38 as if fully set out herein.

40.     Defendants' unlawful acts constitute unfair competition.

41.     Defendants' passing off of the Bender Works as their own is likely to cause confusion, mistake or deception in violation of the common law of the Commonwealth of Pennsylvania.

42.     As a result of Defendant's unlawful and willful acts, Plaintiff has suffered, and continues to suffer, substantial damages and irreparable injury, in an amount not yet calculated.

43.     Plaintiff has no adequate remedy at law and, therefore, is entitled to preliminary and permanent injunctive relief.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays this Court enter its order and judgment that:

(i)     Judgment be entered in its favor and against Defendants as to each of the above counts;

(ii)    Defendants have committed the unlawful acts as set forth in this Complaint;

8

143152.00101/12452440v.3

      (iii)     The Court issue preliminary and permanent injunctions preventing Defendants, and all persons acting by, through or under them, from:

          (a)     using the Bender Works in any medium or form;

          (b)     making any further derivative works of the Bender Works; and

          (c)     otherwise engaging in acts that violate Plaintiff's rights as set forth in this Complaint.

      (iv)     Plaintiff be awarded its actual damages attributable to the breach of contract and unjust enrichment;

      (v)     Plaintiff be awarded such further damages as he may have suffered as a result of Defendant's acts of conversion and unfair competition;

      (vi)     Defendants be required to account for all gains, profits, and advantages derived from Defendants' unlawful acts; and

      (vii)     Such other and further relief as this Court deems just and proper.

9

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all claims that may be tried by a jury.

Respectfully submitted,

Dated: December 19, 2014

By: /s/   Dennis P. McCooe
Dennis P. McCooe
Matthew A. Homyk
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5580 (telephone)
(215) 832-5580 (facsimile)

Attorneys for Plaintiff,
Brett Bender

143152.00101/12452440v.3

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-160-053

**Effective date of
registration:**

September 1, 2013

## Title

**Title of Work:** The Ring

## Completion/Publication

**Year of Completion:** 1997

## Author

■  **Author:** Brett Bender

**Author Created:** 2-D artwork

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Brett Bender

2240, Philadelphia, PA, 19146, United States

## Rights and Permissions

**Name:** Brett Bender

**Email:** bbender27@aol.com          **Telephone:** 215-850-2088

## Certification

**Name:** Brett Bender

**Date:** September 1, 2013

# Exhibit B



# BRETT BENDER CORPORATE
# 109 KINGSCLERE DRIVE
# SOUTHAMPTON PENNSYLVANIA 18966





210 = FIO
211 HURTLING BIRD
212 CHILD JUST SEEN
213 SWINGING AFTER HAND SCHLIGEN
214 DRIVERIL VIC
215 SORRY NEEDS OR I WALK
216 INCLINED TO ABILITY
217 SUCCID THE FLO
218 TOUCH OR YOU
219 ...OVER SICKNESS
220 FULL FIGURE INALITY SHAMED
221 SORRY XISEDIL BY MY OTHER NAME
222 SERVITUDE II HIGHER HAND
223 THE ULTIMATE NATURE OF
    RELATIONAL CREATES
224 SUPPORT OF THE INDOENT
225 EVADING TO BE WASTEDED
226 THE FINAL EXCUSE
227 CONCEIVABLE INABILITY
228 OROWING (WALLOW)
229 RELIGIN WASTED
230 NOW SINGS THE OTHER
    SO SHIT
231 STILL LIE
232 HOW SHE WAS RIGHT AND LEFT
233 WALKING IN PURSUIT

# BRETT BENDER
## SOLO

# GALERIE
## NADEAU
118 North Third Street
Philadelphia, Pennsylvania 19106
(215) 574-0202



BRETT BENDER

POST OFFICE BOX 30224
PHILADELPHIA PENNSLVANIA 19103

2159236979



Hot Peppers Anchovies Olive Oil and Spices   Brett Bender c 92







# BRETT BENDER



# THE PHILADELPHIA MUSIC ALLIANCE

CONTACT    PELLEY    BROWN
CORPORATE    ART    ASSOCIATES
SITE    SPECIFIC    COMMISSIONS
AND    AQUISITIONS
215·9239329    FAX    2152389488



# Exhibit C

| Find tacos, cheap dinner, Max's | Near Philadelphia, PA 19106 | Log In |

Home   About Me   Write a Review   Find Friends   Messages   Talk   Events

yelp

**LL Pavorsky Jewelers: Photos**

Add photos

1 of 26



September 30, 2014



      

      

      

| **Find** tacos, cheap dinner, Max's | **Near** Philadelphia, PA 19106 | Log In |

Home    About Me    Write a Review    Find Friends    Messages    Talk    Events



**LL Pavorsky Jewelers: Photos**                                    Add photos

19 of 26



November 29, 2012

      

      

      



Showroom
CLOSE ✖



# ph17 HOT LIST (/)

MENU

## LL Pavorsky Jewelers (/business)

707 Walnut St William Penn Annex East PA

- **Phone Number:** (215) 627-2252
- **Hours:** see hours (/ll-pavorsky-jewelers/biz/428467)

**Website:** LLPavorsky.com (http://www.LLPavorsky.com)

**From the owner:** LL Pavorsky Jewelers is a unique oasis for anyone seeking that "perfect" something. Lee L. Pavorsky (45) has owned and operated this store for over 22 years. In its latest incarnation which took place in 2005, he has masterfully developed an aestheti … show more

### Is this your business?

MANAGE THIS PAGE (/LL-PAVORSKY-JEWELERS/BIZ/428467/CLAIM)



90% Lower Price than a Diamond. ▶ SHOP NOW  Diamond Nexus



Share:

Tweet ⟨2⟩

- 
- 
- 
- 



## Happy Mother's Day

LL Pavorsky Jeweler's Mother's Day Sale is starting now.
<u>Click here to see what we have available</u>.

LL Pavorsky Jewelers
707 Walnut Street
Philadelphia, Pennsylvania 19106



★★★★★ 07/27/2013
Amazing store - Jewelry, watches, decorative pieces all one of a kind and you couldn't ask for a nicer owner!!!

Like · Comment · 1

Like · Comment · Share

LL Pavorsky Jewelers
July 2 · Edited

LL Pavorsky Jewelers will be closed

Like · Comment · Share

LL Pavorsky Jewelers
July 2 · Edited

Brett    Home 24+    33

Create Page    Recent
2014
2013
2012

LL Pavorsky Jewelers
July 2 ·

Like · Comment · Share    Write a comment...

People You May Know    See All

Stu Blezniak
18 mutual friends
Add Friend

Sponsored    Create Ad

TD Bank
4123  5678  0000  5678
DEBIT
VISA

Goodbye monthly fee
tdbank.com
It's possible with a TD Bank checking account & a $100 minimum daily balance. Member FDIC

Mara Jefferson    2m
Nancy Phillips
John Featherman    Mobile
Lisa DeRuOs























LL PAVORSKY RESOURCES

LL Pavorsky would like to ensure you have the most fulfilling shopping experience when looking for your jewelry or gifts. Below you will find links to some questions you may have. The links are provided by the Gemological Institute of America and other valuable resources.

- Advice on shopping for a diamond
- The four C's
- The ideal cut for a diamond
- The GIA color scale
- The GIA clarity scale

Click here for more answers to questions you may have.

LL Pavorsky recommends that you insure your fine jewelry with Jewelers Mutual. Click here for more information on insuring your fine jewelry.

ABOUT    FEATURED ITEMS    MEDIA    LETTERS & AWARDS    RESOURCES    PHOTO GALLERY    CONTACT

HOME





CONTACT LL Pavorsky

LL Pavorsky Jewels and Gifts
707 Walnut Street
Philadelphia, PA. 19106

SHOWROOM:
Toll Free.................877-NOW-PLAT
Phone.....................215-627-2252
Fax.........................215-627-5613
Email.....................Lee@LLPavorsky.com

Hours of Operation:
Monday.......................Closed
Tuesday-Friday.........10am-6pm
Wednesday.................10am-7pm
Saturday.....................10am-5pm
Sunday......................Closed

Open 7 Days a Week: From Black Friday through Christmas Eve

Appointments are suggested.

ABOUT   FEATURED ITEMS   MEDIA   LETTERS & AWARDS   RESOURCES   PHOTO GALLERY   CONTACT

HOME

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THE FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Brett Bender | Leo Pavrsky d/b/a LL Pavorsky Jewelers and Pavorsky, Ltd. |

| (b) County of Residence of First Listed Plaintiff    Philadelphia, PA | County of Residence of First Listed Defendant    Camden County, NJ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c) Attorney's *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Dennis P. McCooe, Esq, Matthew A. Hornyk, Esquire, Blank Rome, LLP, One Logan Square, Philadelphia, PA 19103 | Robert E. Campbell, Esquire, White and Williams LLP, 457 Haddonfield Road, Ste 400, Cherry Hill, NJ 08002 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Med. Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☒ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdiction statutes unless diversity)*:
17 U.S.C. § 301

Brief description of cause:
Copyright infringement

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ IN EXCESS OF $50,000.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☒ Yes   ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| January 23, 2015 | *(signature)* |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

14855008v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRETT BENDER                              :
                                          :
        v.                                :
                                          :          Civil Action
LEE PAVORSKY D/B/A LL PAVORSKY   :          No. _____
JEWELERS and PAVORSKY, LTD.

## DISCLOSURE STATEMENT FORM

Please check one box:

☒          The nongovernmental corporate party, **PAVORSKY, LTD.** _____ ,
           in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

☐          The nongovernmental corporate party, _____ ,
           in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

**January 23, 2015**
Date                                      Signature  Robert E. Campbell

                        Counsel for:   **Defendants Lee Pavorsky d/b/a Pavorsky**
                                       **Jewelers and Pavorsky, Ltd.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRETT BENDER                                    :
                                                :
        v.                                      :
                                                :       Civil Action
LEE PAVORSKY D/B/A  LL  PAVORSKY  :              No. _____
JEWELERS and PAVORSKY, LTD.

## DISCLOSURE STATEMENT FORM

Please check one box:

☒               The nongovernmental corporate party, **PAVORSKY, LTD.**_____,
                in the above listed civil action does not have any parent corporation and
                publicly held corporation that owns 10% or more of its stock.

☐               The nongovernmental corporate party, _____,
                in the above listed civil action has the following parent corporation(s) and
                publicly held corporation(s) that owns 10% or more of its stock:


**January 23, 2015**_____            _____
Date                                         Signature  **Robert E. Campbell**

                          Counsel for:   **Defendants Lee Pavorsky d/b/a Pavorsky**
                                         **Jewelers and Pavorsky, Ltd.**

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:  2240 Pemberton Street, Philadelphia, PA 19146

Address of Defendant:  707 Walnut Street, Philadelphia, PA 19106

Place of Accident, Incident or Transaction:  2240 Pemberton Street, Philadelphia, PA 19146
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)).　　Yes ☐　No ☒

Does this case involve multidistrict litigation possibilities?　　Yes ☐　No ☒

*RELATED CASE IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in earlier numbered suit pending or within one year previously terminated action in this court?
　Yes ☐　No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?　Yes ☐　No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?　Yes ☐　No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?　Yes ☐　No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Security Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(please specify) 28 U.S.C.A. Section 1338(a)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All Other Diversity Cases
(Please specify) _____

## ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, Robert E. Campbell _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE:　January 23, 2015　　_Robt E Cmpl_　　84382
Attorney-at-Law　　Attorney I.D. #

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:　January 23, 2015　　_Robt E Cmpl_　　84382
Attorney-at-Law　　Attorney I.D. #

CIV. 609 (5/2012)

14855143v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| BRETT BENDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| LEE PAVORSKY D/B/A LL PAVORSKY | : | |
| JEWELERS and PAVORSKY, LTD. | : | NO. |
| | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.                         (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health         (  )
and Human Services denying plaintiff Social Security Benefits.

(c)  Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.  (  )

(d)  Asbestos – Cases involving claims for personal injury or property damage from              (  )
exposure to asbestos.

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are            (  )
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)

(f)  Standard Management -- Cases that do not fall into any one of the other tracks.             (X)

| | | |
|---|---|---|
| January 23, 2015 | *Rob A Cardll* | **Attorney for Defendants  Lee** |
| **Date** | **Attorney-at-law** | **Pavorsky d/b/a LL Pavorsky** |
| | | **Jewelers and Pavorsky, Ltd.** |
| | | campbellr@whiteandwilliams.com |
| 856-317-3600 | 856-317-3601 | |
| **Telephone** | **Fax Number** | **E-mail Address** |

(Civ. 660) 10/02

14855186v.1